UNITED STATES of America, Appellant, v. BANK OF WILSON, Wilson, Arkansas.

No. 12850.

Circuit Court of Appeals, Eighth Circuit.

April 3, 1944.

Sam Rorex, U. S. Atty., and Sam M. Wassell, Asst. U. S. Atty., both of Little Rock, Ark., for appellant.

Walter L. Pope and Reid & Evrard, all of Blytheville, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellant.